MINUTE ENTRY
NORTH, M.J.
AUGUST 31, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTIAN GALVIN | CIVIL ACTION |
| VERSUS | NUMBER: 21-1866 |
| PROGRESSIVE UNIVERSAL INSURANCE COMPANY, ET AL. | SECTION: "B"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:    Joseph Piacun        Nat Kiefer
                  Joshua Stein

Negotiations were successful and resulted in the settlement of Plaintiff's claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE IVAN L.R. LEMELLE

MJSTAR (02:20)